JEROME SILVERMAN, ADMINISTRATOR (ESTATE OF HAROLD NATHAN) *v.* WALTER A. CAMP ET AL.

The motion by the defendant Gerard A. Sava to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*William B. Rush,* for the appellee (defendant Sava) on this motion only.

*Marshall S. Feingold,* for the appellant (plaintiff).

Argued November 2—decided November 2, 1971

STEPHEN KOSTYAL *v.* NORMAN CASS ET AL.

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Litchfield County is denied.

*James H. W. Conklin II,* for the appellee (plaintiff).

*Robert H. Hall,* for the appellants (defendants).

Argued November 2—decided November 2, 1971

STATE OF CONNECTICUT *v.* MICHAEL DUBINA

The motion by Donald B. Caldwell to withdraw his appearance on behalf of the defendant in the appeal from the Superior Court in Tolland County is granted.

*Donald B. Caldwell,* on the motion.